# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JAMES D. SCHNELLER, | : | No. 54 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CLERK OF COURTS OF THE FIRST | : | |
| JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA; PROTHONOTARY OF | : | |
| THE FIRST JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.